

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2016

No. 04-16-00113-CV

Richard **RAMOS**, Individually and D/B/A Green Energy of SA and Green Energy of San
Antonio,
Appellants

v.

Carol **BURROWS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04008
Honorable Larry Noll, Judge Presiding

# O R D E R

On April 13, 2016, appellant filed proof he paid the balance of the fee for the reporter's record. On the same day, the court reporter filed the reporter's record. Appellant's brief is due on **May 13, 2016**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court